■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP C. FIASCONARO, Appellant. [970 NYS2d 883]—Appeal by the defendant, as limited by his motion, from an amended sentence of the County Court, Suffolk County (Weber, J.), imposed May 14, 2012, on the ground that the amended sentence was excessive.

Ordered that the amended sentence is affirmed.

The amended sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Dickerson, Lott and Miller, JJ., concur.